**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

LaQuincy M. Williams, Appellant.

Appellate Case No. 2014-002769

———————

Appeal From Williamsburg County
W. Jeffrey Young, Circuit Court Judge

———————

Unpublished Opinion No. 2016-UP-143
Submitted January 1, 2016 – Filed March 30, 2016

———————

**APPEAL DISMISSED**

———————

Appellate Defender Susan Barber Hackett, of Columbia;
and LaQuincy M. Williams, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Donald J. Zelenka,
both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.